UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE LERNER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP INC. a Delaware corporation, FLYTXT LTD. d/b/a/ FLYTXT USA, INC., a United Kingdom corporation,<br><br>Defendants. | Case No. 09-CV-4897-CRB<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |

PURSUANT TO STIPULATION (Docket Item No. __), IT IS HEREBY ORDERED that the Order Setting Initial Case Management Conference and ADR Deadlines is amended as follows: (1) the parties' deadline to meet and confer and comply with certain other ADR deadlines shall be April 1, 2010; (2) the parties' deadline to exchange initial disclosures and file Rule 26(f) Report and Case Management Statement shall be April 15, 2010; and (3) the Case Management Conference shall be held on April 22, 2010.

**IT IS SO ORDERED.**

Dated: January 11, 2010

_____
Judge Charles R. Breyer

1.   [PROPOSED] ORDER GRANTING STIP TO
     CONTINUE CMC & RELATED DEADLINES
     09-CV-4897 CRB