David C. Parisi (SBN 162248)
dparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE LERNER, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> THE GAP INC., a Delaware corporation, FLYTXT LTD. d/b/a FLYTXT USA, INC., an United Kingdom corporation, <br><br> Defendants. | Case No. 3:09-cv-04897-CRB <br><br> **JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** <br><br> Judge: Hon. Charles R. Breyer <br> Date Action Filed: 10/15/2010 <br> No Trial Date Set |

Stipulation of Dismissal                                           Case No. 3:09-cv-04897-CRB

**JOINT STIPULATION OF DISMISSAL**

The undersigned parties, by their respective counsel, hereby stipulate and agree that this matter, including any and all claims asserted therein, shall be dismissed with prejudice as to Defendant The Gap, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party bearing its own fees and costs.

The parties further request that The Gap, Inc. be removed from the caption of this matter.

DANIELLE LERNER

June 15, 2010   By: /s/ Suzanne Havens Beckman
                    Suzanne Havens Beckman
                    Parisi & Havens LLP

                    *Attorneys for Plaintiffs*

                    THE GAP, INC.

June 15, 2010   By:   /s/ Michelle Doolin
                    Michelle Doolin
                    Cooley Godward Kronish LLP

                    *Attorneys for The Gap, Inc.*

Stipulation of Dismissal                Case No. 3:09-cv-04897-CRB