1  David C. Parisi (SBN 162248)
2  dparisi@parisihavens.com
   Suzanne Havens Beckman (SBN 188814)
3  shavens@parisihavens.com
   PARISI & HAVENS LLP
4  15233 Valleyheart Drive
   Sherman Oaks, California 91403
5  Telephone: (818) 990-1299
6
   *Attorneys for Plaintiff*
7
8                UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10
11 DANIELLE LERNER, individually and on    ) Case No. 3:09-cv-04897-CRB
   behalf of a class of similarly situated )
12 individuals,                            ) **JOINT STIPULATION OF**
                                           ) **DISMISSAL PURSUANT TO**
13                Plaintiff,               ) **FED. R. CIV. P. 41(a)**
                                           )
14 v.                                      )
                                           ) Judge: Hon. Charles R. Breyer
15                                         ) Date Action Filed: 10/15/2010
16 THE GAP INC., a Delaware corporation,   ) No Trial Date Set
   FLYTXT LTD. d/b/a FLYTXT USA, INC., an )
17 United Kingdom corporation,             )
                                           )
18                Defendants.              )
                                           )
19                                         )
20 ─────────────────────────────────────────

## **JOINT STIPULATION OF DISMISSAL**

The undersigned parties, by their respective counsel, hereby stipulate and agree that this matter, including any and all claims asserted therein, shall be dismissed with prejudice as to Defendant The Gap, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party bearing its own fees and costs.

The parties further request that The Gap, Inc. be removed from the caption of this matter.

DANIELLE LERNER

June 15, 2010          By: /s/ Suzanne Havens Beckman
                            Suzanne Havens Beckman
                            Parisi & Havens LLP

                            *Attorneys for Plaintiffs*

                            THE GAP, INC.

June 15, 2010          By:   /s/ Michelle Doolin
                            Michelle Doolin
                            Cooley Godward Kronish LLP

                            *Attorneys for The Gap, Inc.*

signed: June 21, 2010



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation of Dismissal                    Case No. 3:09-cv-04897-CRB

2