David C. Parisi, Esq. (162248)
Suzanne Havens Beckman, Esq. (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
dparisi@parisihavens.com
shavens@parisihavens.com
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Attorneys for DANIELLE LERNER,
individually and on behalf of a class of
similarly situated individuals

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE LERNER, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> THE GAP INC., a Delaware corporation, FLYTXT LTD. d/b/a FLYTXT USA, INC., an United Kingdom corporation, <br><br> Defendants. | Case No. 3:09-cv-04897-CRB <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE** <br><br> Judge: Hon. Charles R. Breyer <br> Date Action Filed: 10/15/2010 <br> No Trial Date Set |

1 **[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the Further Case Management Conference, originally scheduled for June 25, 2010 at 8:30 a.m., be continued to August 27, 2010 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: _____June 24_____, 2010

_____
The Honorable Charles R. Breyer
District Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer

**Parisi & Havens LLP**
15233 Valleyheart Drive
SHERMAN OAKS, CA 91403
(818) 990-1299

-2-
[PROPOSED] ORDER GRANTING CONTINUANCE