David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
Telephone: (818) 990-1299
Facsimile: (818) 501-7852

Michael J. McMorrow (*pro hac vice*)
mjmcmorrow@edelson.com
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE LERNER, individually and on behalf of a class of similarly situated individuals,<br><br>         Plaintiff,<br>  v.<br><br>FLYTXT LTD. d/b/a/ FLYTXT USA, INC., a United Kingdom corporation,<br><br>         Defendant. | Case No. 3:09-cv-04897-CRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF THIS ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)** |

1  **PLEASE TAKE NOTICE** that the Plaintiff Danielle Lerner voluntarily dismisses this case
2  in its entirety with prejudice.
3  On June 15, 2010, the Plaintiff filed a Joint Stipulation to Voluntarily Dismiss Defendant
4  The Gap, Inc. from this lawsuit (Dkt. 34), and on June 21, 2010, this Court ordered that The Gap,
5  Inc. be removed from the caption in this matter.  (Dkt. 35.)
6  On June 24, 2010, this Court ordered the Case Management Conference be continued to
7  August 27, 2010.  (Dkt. 37.)
8  Federal Rule of Civil Procedure 41(a)(1) provides in relevant part:

> (a) Voluntary Dismissal
> (1) By the Plaintiff
> (A) Without a Court Order.  Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . .

Fed. R. Civ. P. 41(a)(1).

In this case, Defendant Flytxt Ltd. has neither answered the complaint nor filed a motion for summary judgment.  In addition, no class has yet been certified in this matter.  The other originally named Defendant, The Gap, Inc., has already been voluntarily dismissed by stipulation of the parties.  Accordingly, Flytxt Ltd. may be dismissed with prejudice from this matter without an Order of Court, thus terminating Plaintiff's action in its entirety.

Dated: August 25, 2010

Respectfully submitted,

BY: /s/ Suzanne Havens Beckman
 Counsel for DANIELLE LERNER, individually and on behalf of a class of similarly situated individuals

Notice of Voluntary Dismissal of Action with Prejudice        2        Case No. 3:09-cv-04897-CRB